**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHARON BROWN; ISRAEL; JEWS AND
CHRISTIANS; USA; ALL PARTIES CONCERNED
AND AFFECTED,

                Plaintiff,

  -against-                                25 **CIVIL** 3213 (LLS)

                                          **JUDGMENT**

COLUMBIA UNIVERSITY; HARVARD
UNIVERSITY; HOME SCHOOLS; ALL SCHOOLS:
PUBLIC, PRIVATE, PRE K, ELEMENTARY,
INTERMEDIATE, HIGH SCHOOLS, COLLEGES,
UNIVERSITIES,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 20, 2025, the Court dismisses the complaint for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court denies Plaintiff's request for an order to show cause as moot. (ECF 3.)

**Dated:**  New York, New York

      June 24, 2025

                                                 **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                           **BY:**

                                                  **Deputy Clerk**